IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT

SEP 20 2005

GRE_____ _____GHAM
                   CLERK

Civil Action No. 05-cv-01446-OES

DARIEL HOUGH,

    Applicant,

v.

WARDEN HOWES, Lakeland Correctional Facility,

    Respondent.

---

ORDER DISCHARGING SHOW CAUSE ORDER AND DRAWING CASE TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Applicant Dariel Hough, a state prisoner in Michigan, filed *pro se* a habeas corpus application pursuant to 28 U.S.C. § 2241. He asks that the detainers lodged against him by Larimer and Weld counties based upon untried criminal charges be dismissed with prejudice. He complains that his rights under the speedy trial provision of the Interstate Agreement on Detainers Act (IADA) have been violated because he has not been brought to trial on the outstanding charges within one hundred eighty days.

On August 4, 2005, Magistrate Judge Boyd N. Boland ordered Mr. Hough to show cause within thirty days why the application should not be dismissed for failure to comply with the IADA procedures outlined in Colo. Rev. Stat. § 24-60-501, art. III, concerning his requests for disposition of the detainers. On August 22, 2005, Mr. Hough submitted his response to the show-cause order titled "Motion in Support of Writ of Habeas Corpus." Because Mr. Hough appears at least to have complied with the

IADA procedures in requesting disposition of the detainer lodged against him by Weld County, the order directing him to show cause will be discharged. The case will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that the August 4, 2005, order directing Applicant to show cause is discharged. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 20 day of September, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01446-OES

Dariel Hough
Prisoner No. 172778
Lakelond Corr. Facility
141 - 1st Street
Coldwater, MI 49036

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/20/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk