**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01446-LTB-BNB

DARIEL HOUGH,

      Petitioner,

v.

STATE OF COLORADO - ATTORNEY GENERAL - OFFICE,
WARDEN HOWES, Lakeland Correctional Facility,

      Respondents.
_____

**ORDER**
_____

      On January 10, 2006, the Magistrate Judge issued his recommendation that the Petitioner's 28 U.S.C. § 2241 Application be dismissed for failure to name the Attorney General of the State of Colorado as a party-respondent. Petitioner has filed timely written objections to the recommendation which, pursuant to applicable case law, I construe liberally. In the caption to the objections, Petitioner has named "State of Colorado - Attorney General - Office - Respondent, and Warden Howes, Lakeland Correctional Facility, Respondent." It appears, without deciding, that Petitioner has attempted to name the correct additional Respondent and has now substantially complied with the Magistrate Judge's show cause order. Accordingly

IT IS ORDERED that the objections to the Magistrate Judge's recommendation are sustained, the caption is considered amended, and the above matter is re-referred to the Magistrate Judge for further proceedings.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Chief Judge

DATED: January 24, 2006