IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01446-LTB-BNB

DARIEL HOUGH,

Petitioner,

v.

WARDEN HOWES, Lakeland Correctional Facility, and
THE COLORADO ATTORNEY GENERAL

Respondents.

_____

**ORDER**
_____

This matter is before me on the petitioner's **Request to Add One Respondent**, filed

February 3, 2006.  The petitioner seeks to add a respondent to his habeas petition, but he does not

identify the respondent that he wishes to add.[1]   Any future motion to amend should include a

copy of the proposed amended petition, stating all of the claims the petitioner seeks to assert

against all respondents.  The amended petition must stand alone and may not incorporate any

previous petition by reference.  Accordingly,

IT IS ORDERED that the petitioner's Request to Add One Respondent is DENIED.

---

[1] I note that the petitioner was recently informed by the Court that he must name both the
state officer who has present official custody of him <u>and</u> the attorney general of the state whose
action subjects him to future custody. *Rules Governing Section 2254 Cases in the United States
District Courts*, Rule 2(b) and the Advisory Committee Notes, 1976 Adoption, regarding Rule
2(b) (made applicable to Section 2241 cases by Rule 1(b) of the Rules Governing Section 2254
Cases).  The petitioner has finally named the proper respondents.

Dated February 15, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge