IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01446-LTB-BNB

DARIEL HOUGH,

Petitioner,

v.

WARDEN HOWES, Lakeland Correctional Facility,

Respondent.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter is before me on the following materials filed by the petitioner:

(1) A document entitled **In Regards to Your Order Datet** [sic] **Jan. 30, 2006** [Doc. # 30, filed 3/3/06]; and

(2) **Motion for Default Judgment** [Doc. # 31, filed 3/7/06].

The petitioner filed an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (the "Application") on August 1, 2005. He seeks an order granting his Application and granting a "default judgment" on the basis that the respondents have failed to file a response to the Application on or before February 27, 2006, as ordered by this Court. *Order* dated January 25, 2006 (filed January 30, 2006).

An amended order has been issued wherein the respondents are directed to respond to the Application on or before April 2, 2006. *Order* dated March 1, 2006. Accordingly,

I respectfully RECOMMEND that the relief requested by the petitioner through Doc. # 30 and Doc. # 31 be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections.  A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions.  In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000).  A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review.  United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated March 13, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge