**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01446-LTB-BNB

DARIEL HOUGH,

      Petitioner,

v.

STATE OF COLORADO - ATTORNEY GENERAL - OFFICE,
WARDEN HOWES, Lakeland Correctional Facility,

      Respondents.
_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge that the relief requested in the Petitioner's Motion for Default Judgment (Doc 31) be denied. Petitioner has filed timely written objections to the recommendation. Having reviewed the recommendation *de novo*, I conclude that it is correct.

Accordingly

IT IS ORDERED that the Motion for Default Judgment (Doc 31) is DENIED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Chief Judge

DATED: March 30, 2006