**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01446-LTB-BNB

DARIEL HOUGH,

    Petitioner,

v.

STATE OF COLORADO - ATTORNEY GENERAL - OFFICE,
WARDEN HOWES, Lakeland Correctional Facility,

    Respondents.

_____

**ORDER**
_____

This case is before me on the recommendation of Magistrate Judge Boyd N. Boland that Petitioner's Motion for Summary Judgment be denied issued and served on April 19, 2006. Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that Petitioner's Motion for Summary Judgment (Doc 41 - filed April 17, 2006) is DENIED.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                       Lewis T. Babcock, Chief Judge

DATED: May 11, 2006