**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01446-LTB-BNB

DARIEL HOUGH,

      Petitioner,

v.

STATE OF COLORADO - ATTORNEY GENERAL - OFFICE,
WARDEN HOWES, Lakeland Correctional Facility,

      Respondents.
_____

**ORDER**
_____

      This case is before me on the recommendation of the magistrate judge that Petitioner's 28 U.S.C. § 2241 Application be dismissed without prejudice for failure to exhaust available state remedies. The recommendation was entered and served on October 19, 2006. Neither the petitioner nor the respondent have filed timely written objections to the magistrate judge's recommendation. Therefore, the parties are barred from de novo review. Accordingly,

      IT IS ORDERED that the above matter is DISMISSED WITHOUT PREJUDICE for failure to exhaust available state remedies.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Chief Judge

DATED: November 22, 2006